

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAUREN ZIMMERMAN AND TOWNSQUARE MEDIA OF EL PASO, INC. A/K/A REGENT BROADCASTING OF EL PASO, INC., | § § § | No. 08-14-00084-CV<br><br>Appeal from the<br><br>County Court at Law No. 3 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2012-DCV-02133) |
| COMCORP OF EL PASO, INC., | § | |
| Appellee. | § | |

# **J U D G M E N T**

The Court has considered this cause on the Appellants' unopposed motion to dismiss appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of the appeal are taxed against Appellants. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF AUGUST, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.